UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-01961 |
| Charles M Barker ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | Kane | |
| Debtor(s) ) | | |

**ORDER AUTHORIZING DISBURSEMENT OF FUNDS & SHORTEN NOTICE**

THIS MATTER coming to be heard on the MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS & SHORTEN NOTICE, the Court having jurisdiction, with due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. State Farm Insurance Company is authorized to disburse the insurance funds of $7,703.31 directly to the creditor, American Credit Acceptance LLC, in regards to their secured proof of claim 8-1 for the 2014 Ford Taurus.

2. State Farm Insurance is authorized to disburse insurance funds of $689.00 directly to the Debtor.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 13, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600